42 So.2d 847

### Delmar JOHNSON v. STATE.
### 4 Div. III.

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 201

### Aaron JONES v. STATE.
### 5 Div. 260.

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 201

### Boss (alias B. H.) JONES v. STATE.
### 5 Div. 262.

Court of Appeals of Alabama.
Nov. 23, 1948.

J. B. Atkinson, of Clanton, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 58

### William R. JONES v. STATE.
### 8 Div. 712.

Court of Appeals of Alabama.
Jan. 25, 1949.

Wm. C. Rayburn, of Guntersville, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 202

### Hobert KARRER v. STATE.
### 6 Div. 660.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

40 So.2d 915

### Billy KENT v. STATE.
### 5 Div. 275.

Court of Appeals of Alabama.
April 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.